JOSEPH M. LOVRETOVICH (73403)
CHRISTOPHER P. BRANDES (282801)
**JML Law, A Professional Law Corporation**
21052 Oxnard Street
Woodland Hills, CA 91367
Tel: 818-610-8800
Fax: 818-610-3030
E-mail: jml@jmllaw.com
E-mail: cbrandes@jmllaw.com
**Attorneys for Plaintiff**
Modesto Cobarrubias

Sarine C. Sahatjian (205595)
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, CA 90017
Tel: (213) 689-0404
Fax: (213) 689-0430
E-mail: sahatjis@jacksonlewis.com
**Attorney for Defendant**
Williams Scotsman, Inc.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODESTO COBARRUBIAS, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>WILLIAMS SCOTSMAN, INC., a Maryland corporation; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 16-CV-00636-MWF-Ex<br>(Assigned for all purposes to the Hon. Michael Fitzgerald)<br><br>**ORDER TO DISMISS** |

In accordance to the parties' stipulation, the action is hereby dismissed with prejudice, with each to bear its own respective costs and fees.

**IT IS SO ORDERED**.

DATED: August 22, 2016      By: _____
                                                            Hon. Michael Fitzgerald
                                                            United States District Judge

1
**ORDER TO DISMISS**